UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-60522-CIV-DIMITROULEAS/HUNT

| | |
|---|---|
| KOVADIS PALMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PHILIP MORRIS INTERNATIONAL INC., | ) |
| SWEDISH MATCH NORTH AMERICA LLC, | ) |
| SWEDISH MATCH USA, INC., PHILIP | ) |
| MORRIS GLOBAL BRANDS, INC., and PMI | ) |
| GLOBAL SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Kovadis Palmer and Defendants Philip Morris International Inc., Swedish Match North America LLC, Swedish Match USA, Inc., Philip Morris Global Brands, Inc., and PMI Global Services, Inc., by and through their undersigned attorneys, jointly stipulate that this action, including all claims that were or could have been raised in this action, be dismissed, with prejudice, with each party to bear its own attorney fees and costs.

Dated: February 23, 2026,                     Respectfully submitted,

By: */s/ Paul C. Huck, Jr.*                   By: */s/ Martin B. Goldberg*

**PAUL C. HUCK, JR.**                         **MARTIN B. GOLDBERG**
Florida Bar No. 968358                        Florida Bar No. 827029
**LAWSON HUCK GONZALEZ, PLLC**                Primary: mgoldberg@lashgoldberg.com
334 Minorca Avenue                            Secondary: rdiaz@lashgoldberg.com
Coral Gables, FL 33134                        **LYNNETTE CORTES MHATRE**
paul@lawsonhuckgonzalez.com                   Florida Bar No. 1052015
michelle@lawsonhuckgonzalez.com               Primary: lmhatre@lashgoldberg.com
leah@lawsonhuckgonzalez.com                   Secondary: obencomo@lashgoldberg.com

1

**MICHAEL R. DOYEN** (*admitted pro hac vice*)
**DANIEL B. LEVIN** (*admitted pro hac vice*)
**BETHANY W. KRISTOVICH** (*admitted pro hac vice*)
**JOHN L. SCHWAB** (*admitted pro hac vice*)
Primary Email: daniel.levin@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 687-3702

*Attorneys for Defendants Swedish Match North America LLC and Swedish Match USA, Inc.*

**LASHGOLDBERG**
Lash Goldberg Fineberg LLP
Miami Tower, Suite 1200
100 S.E. 2nd Street
Miami, FL 33131
Tel: (305) 347-4040
Fax: (305) 347-4050

**LATHAM & WATKINS LLP**
Christine G. Rolph (*admitted pro hac vice*)
Christine.Rolph@lw.com
Chase A. Chesser (*admitted pro hac vice*)
Chase.Chesser@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200

U. Gwyn Williams (*admitted pro hac vice*)
Gwyn.Williams@lw.com
200 Clarendon Street 26th Floor
Boston, MA 02116
(617) 880-4500

*Attorneys for Defendants Philip Morris International Inc., Philip Morris Global Brands, Inc., and PMI Global Services, Inc.*

**SCHLESINGER LAW OFFICES, P.A.**

/s/ *Elana B. Goodman*
**Scott P. Schlesinger, Esq.**
Florida Bar No. 444952
scott@schlesingerlaw.com
**Jonathan R. Gdanski, Esq.**
Florida Bar No. 32097
jgdanski@schlesingerlaw.com
**Jeffrey L. Haberman, Esq.**
Florida Bar No. 98522
jhaberman@schlesingerlaw.com
**Elana B. Goodman, Esq.**
Florida Bar No. 145076
egoodman@schlesingerlaw.com
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
Tel: (954) 467-8800
Fax: (954) 523-4803

*Attorneys for Plaintiff*